

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-17-00018-CV

**DDR DB STONE OAK, LP**
Appellant (Cross-Appellee),

v.

**RECTOR PARTY CO., LLC**; Don Lasseter; and Joslyn Boberg
Appellees (Cross-Appellants),

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01261
Honorable Larry Noll, Judge Presiding

## O R D E R

The parties' joint motion for extension of time to file motions for rehearing is GRANTED. Any motions for rehearing are due on January 4, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court